```
JOHN JR MORASKI            MIDLAND CREDIT MGMT
CARRIE LYNN ROUSSEL        ATTN: BANKRUPTCY
221 PRICE RD               PO BOX 939069
PERKINSTON, MS 39573       SAN DIEGO, CA 92193


THOMAS C. ROLLINS, JR.     MS DEPT OF REVENUE
THE ROLLINS LAW FIRM, PLLC BANKRUPTCY SECTION
P.O. BOX 13767             PO BOX 22808
JACKSON, MS 39236          JACKSON, MS 39225-2808


AFFIRM, INC.               STOCKTON MORTGAGE
ATTN: BANKRUPTCY           P.O. BOX 100078
650 CALIFORNIA ST          DULUTH, GA 30096
FL 12
SAN FRANCISCO, CA 94108


GULF COAST COMMUNITY       SYNCHRONY
ATTN: BANKRUPTCY           ATTN: BANKRUPTCY
12364 HIGHWAY 49           PO BOX 955060
GULFPORT, MS 39503         ORLANDO, FL 32896-5060


INTERNAL REVENUE SERVI     TDRCS/YARD CARD
CENTRALIZED INSOLVENCY     TD RCS
P.O. BOX 7346              COLUMBIA, SC 29202
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI     US ATTORNEY GENERAL
C/O US ATTORNEY            US DEPT OF JUSTICE
501 EAST COURT ST          950 PENNSYLVANIA AVENW
STE 4.430                  WASHINGTON, DC 20530-0001
JACKSON, MS 39201

KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534


MARINOSCI LAW GROUP
16415 ADDISON RD
STE 275
ADDISON, TX 75001


MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT, MS 39502
```