**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE: CASE NO.: 26-51310
CHAPTER 13

John Jr Moraski aka John Moraski Jr aka John Moraski,
Carrie Lynn Roussel aka Carrie Lynn Moraski,

Debtors
_________________________________/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

The undersigned law firm of Marinosci Law Group, P.C., enters their appearance on behalf of Stockton Mortgage Corporation, a creditor in above named bankruptcy proceedings and requests that all notices and pleadings be directed to their attention.

Dated this 17th day of August, 2026.

Respectfully submitted,

Marinosci Law Group, P.C.

*/s/ Lexus Collins-Morrison*

Lexus Collins-Morrison
Attorney Bar No.: 106748
415 North McKinley Street, Suite 360
Little Rock, AR 72205
(501) 663-6200
(501) 663-6201
bkinquiries@mlg-defaultlaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Appearance has been served on all parties as identified below via ECF/Electronic Mail or by First Class US Mail, postage prepaid on August 17, 2026.

DEBTOR:
John Jr Moraski
221 Price Rd
Perkinston, MS 39573

DEBTOR:
Carrie Lynn Roussel
221 Price Rd
Perkinston, MS 39573

CHAPTER 13 TRUSTEE:
Warren A. Cuntz T1, Jr.
P. O. Box 3749
Gulfport, MS 39505-3749

DEBTORS` ATTORNEY:
Thomas Carl Rollins, Jr
PO BOX 13767
Jackson, MS 39236

UNITED STATES TRUSTEE:
U.S. Trustee
501 East Court St.
Suite 6-430
Jackson, MS 39201

Respectfully submitted,

Marinosci Law Group, P.C.

*/s/ Lexus Collins-Morrison*
Lexus Collins-Morrison