**Fill in this information to identify the case:**

Debtor 1 John Jr Moraski

Debtor 2 Carrie Lynn Roussel
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case Number 26-51310

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

**12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Stockton Mortgage Corporation

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 8730

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No
[ ] Yes. Date of the last notice: ______

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 09/25/2026 | (5) | $ 200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Plan Review | 08/25/2026 | (11) | $ 150.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 John Jr Moraski
First Name Middle Name Last Name

Case number *(if known)* 26-51310

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- [ ] I am the creditor.
- [X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X */s/ Bradley Jones*

Date 11/10/2026

Print Bradley Jones
First Name Middle Name Last Name

Title Authorized Agent

Company Marinosci Law Group, P.C.

Address 190 West South Street
Number Street
Hernando, MS 38632
City State ZIP Code

Contact phone (401) 234-9200

Email bkinquiries@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on November 10, 2026.

John Jr Moraski
221 Price Rd
Perkinston, MS 39573

Carrie Lynn Roussel
221 Price Rd
Perkinston, MS 39573

Marinosci Law Group, P.C.
*/s/ Bradley Jones*
Email: BKinquiries@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR